

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

November 22, 2019

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:**    *United States v. Ameet Goyal,* **19 Cr. 844**

Dear Judge Davison:

    The Government writes to respectfully request that the Court unseal the above-referenced Indictment, 19 Cr. 844, and related arrest warrant for Defendant Ameet Goyal, as the Government understands that the Defendant has been arrested.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    /s/ David R. Felton
       Margery Feinzig
       David R. Felton
       Vladislav Vainberg
       Assistant United States Attorneys
       (914) 993-1903 / 1908 / (212) 637-1029

SO ORDERED:

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE

11/22/19