

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 2, 2020

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Ameet Goyal*, 19 Cr. 844 (CS)

Dear Judge Seibel:

    On March 25, 2020, the Court's chambers informed counsel to both parties in the above case that, in light of the current pandemic, the status conference previously scheduled for today, April 2, 2020, would be adjourned until May 12, 2020 at 3:15 p.m. The Government respectfully submits this letter to request, so that the defendant can continue to review discovery and contemplate any motions, and so that the parties may continue to pursue a possible pre-trial disposition of this matter, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date, April 2, 2020, up to and including May 12, 2020, which is the date set by the Court for the next status conference, and submits that such exclusion of time is in the interest of justice. Counsel for the defendant consents to the request.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

    By:    /s/ David R. Felton
        David R. Felton
        Vladislav Vainberg
        Margery Feinzig
        Assistant United States Attorneys
        (914) 993-1908
        (212) 637-1029
        (914) 993-1903

cc:    Defense counsel (by ECF)