

2 Grand Central Tower
140 East 45th Street, Suite 17A
New York, NY 10017

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mfsllp.com

August 18, 2020

Honorable Cathy Seibel
United States District Court
Southern District of New York
Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

*Application granted.*

SO ORDERED.

*Cathy Seibel*  8/18/20
CATHY SEIBEL, U.S.D.J.

*Re: United States v. Goyal*
**19 Cr. 844 (CS)**

Dear Judge Seibel:

      We respectfully submit this letter pursuant to Rules 1.E and 2.B of the Court's Individual Rules to request: (i) a one-week extension of time, from August 21, 2020 to August 28, 2020, to submit reply papers in support of Dr. Goyal's omnibus pretrial motions (Dkt. Nos. 16 & 29) and (ii) permission to file an oversized brief not to exceed 10 additional pages. Argument on the motions is scheduled for October 8, 2020. No prior requests for an extension have been made and the government does not object to these requests. Given the number and complexity of the issues raised by the motions and the length of the government's opposition papers, a reply brief not to exceed a total of 20 pages is necessary to be able to adequately address the issues. A one-week extension of time to file reply papers will not impact the date for argument or any other pre-trial dates.

      Thank you for your consideration.

Respectfully submitted,

  /s/ Marc L. Mukasey
Marc L. Mukasey

cc:    Deputy Clerk Walter Clark
       AUSA Vladislav Vainberg
       AUSA David Felton
       AUSA Margery Feinzig