UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

        -v.-                                    ORDER

AMEET GOYAL,                            19-CR-844 (CS)

               Defendant,
-------------------------------------------------------x

Seibel, J.

     At the conference in this matter held on June 29, 2020, the Court set jury selection and trial for March 22, 2021.  Because of the limited COVID-safe spaces available for jury selection and trial, that date must be adjourned to March 29, 2021.  Jury selection will take place on March 29 (and March 30 if necessary) in the Jury Assembly Room on the first floor of the White Plains courthouse.  Trial will then commence in Courtroom 520.  This trial is the first priority for that week, so it is a real date (assuming the public health situation permits public proceedings).  The final pretrial conference will be on March 22, 2021 at 10 am.  All other dates remain the same.

Dated: December 28, 2020
       White Plains, New York

                                                                           _____
                                                                           CATHY SEIBEL, U.S.D.J.