UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>AMEET GOYAL,<br><br>  Defendant. | No. S1 19-cr-844 (CS)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**PLEASE TAKE NOTICE** that I, Jeffrey B. Sklaroff, of Mukasey Frenchman & Sklaroff LLP, hereby withdraw my appearance as counsel of record for Defendant Ameet Goyal, and should no longer receive ECF notifications for the above-captioned case.  Defendant Ameet Goyal will continue to be represented by Marc L. Mukasey, Torrey K. Young, and Daniel Fishbein.

Dated: February 28, 2021         By:  /s/ Jeffrey B. Sklaroff
                                       Jeffrey B. Sklaroff
                                       MUKASEY FRENCHMAN & SKLAROFF
                                       2 Grand Central Tower
                                       140 East 45th Street, 17th Floor
                                       New York, New York 10017
                                       jeff.sklaroff@mfsllp.com
                                       (212) 466-6400