

2 Grand Central Tower
140 East 45th Street, Suite 17A
New York, NY 10017

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mfsllp.com

*Application granted. The bail modification is approved.*

*Also, I will take this opportunity to advise the parties that the White Plains judges have just finalized the trial schedule for the third quarter of 2021, and that jury selection in this case will begin on September 20, 2021. If needed, jury selection will continue on September 21, and trial will begin immediately after jury selection.*

May 27, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

SO ORDERED.

*/s/ Cathy Seibel*  5/27/21

CATHY SEIBEL, U.S.D.J.

    Re:    *United States v. Goyal*
             S1 19 Cr. 844 (CS)

Dear Judge Seibel:

    This letter is respectfully submitted to request a slight modification to the bail conditions for our client, Dr. Ameet Goyal.

    On July 6, 2020, the Court ordered the modification of Dr. Goyal's bail conditions to principally include, among other terms, home incarceration. We request that the Court further modify Dr. Goyal's bail conditions to permit Dr. Goyal, while on home incarceration, to walk around the confines of his property at 5 Mount Holly Drive, Rye, New York 10580, including use of the patio deck attached to the property.

    The government and Pretrial Services consent to this request. As we discussed with Pretrial Services and the government, permitting Dr. Goyal to partake in outdoor exercise on his property will be beneficial to his mental and physical health.

    Thank you for your consideration of this request.

                                               Very truly yours,

                                               Marc L. Mukasey

cc:    AUSA Vladislav Vainberg
        AUSA David Felton
        AUSA Margery Feinzig
        Pretrial Services Officer Leo Barrios