UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
United States of America,

                                    **NOTICE OF ADJOURNMENT**
                                         **OF CONFERENCE**

        -against-

                                           7:19-CR-00844 (CS)

Goyal,
                                      Defendant(s).
------------------------------------------------------------------X

The Bench Ruling **(as to Defendant's severance motion only)** that was scheduled for **July 27, 2021 at 10:00 a.m.** is now adjourned to **August 11, 2021 at 3:30 p.m.** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                                                            /s/ Walter Clark, Courtroom Deputy

Dated:   July 19, 2021
            White Plains, New York