UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

      United States of America,

                                                                Notice of Adjournment
                                                                   of Conference

      -against-

                                                                   7:19-CR-00844 (CS)

      Ameet Goyal,

                           Defendant(s).

----------------------------------------------------------------X

The Final Pre-Trial Conference previously scheduled before this Court for

**September 7, 2021 at 10:00 a.m.** is adjourned to **September 8, 2021 at 2:15 p.m.**

in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street,

White Plains, New York 10601.

                                                                   /s/ Walter Clark, Courtroom Deputy

Dated: July 22, 2021
       White Plains, New York