

570 Lexington Avenue, Suite 3500
New York, NY 10022

Torrey K. Young
Partner
212-466-6409
Torrey.young@mfsllp.com

November 10, 2021

<u>Via ECF</u>
Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *United States v. Goyal*
               **S1 19 Cr. 844 (CS)**

Dear Judge Seibel:

      This letter is respectfully submitted to request that the sentencing of Ameet Goyal, currently scheduled for January 6, 2022 at 2:30 p.m., be adjourned to March 1, 2022. Defense counsel will be on trial in the District of Massachusetts beginning on December 14, 2021. Dr. Goyal seeks an adjournment to allow for adequate time to prepare for sentencing. The government has no objection to this request.

      Respectfully submitted,

      /s/ Torrey K. Young
      Torrey K. Young
      Marc L. Mukasey
      Stephanie Guaba
      *Counsel for Defendant Ameet Goyal*

cc:    AUSA Margery Feinzig
        AUSA Vladislav Vainberg
        AUSA David R. Felton