UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

AMEET GOYAL,

           Defendant.

No. S1 19-cr-844 (CS)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that I, Daniel C. Fishbein, formerly of Mukasey Frenchman LLP, hereby withdraw my appearance as counsel for Defendant Ameet Goyal, and should no longer receive ECF notifications for the above-captioned case. Defendant Ameet Goyal will continue to be represented by Marc L. Mukasey and Torrey K. Young.

    Respectfully submitted,

By: /s/ Daniel C. Fishbein
     Daniel C. Fishbein

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
(212) 806-5400

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated: New York, New York
       February 2, 2021

   /s/ Daniel C. Fishbein
Daniel C. Fishbein
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
(212) 806-5400
Email: dfishbein@stroock.com