# EXHIBIT A

**Character Letters Index**

**Exh. Pg. No.**

Letter from Shivani Goyal ......................................................................................... A-001

Letter from Akash Goyal .......................................................................................... A-003

Letter from Riya Goyal ............................................................................................. A-005

Letter from Alka Goyal ............................................................................................. A-007

Letter from Kamlesh Goel ........................................................................................ A-011

Letter from Anuj K. Goel .......................................................................................... A-013

Letter from A. G. ...................................................................................................... A-014

Letter from R. G. ....................................................................................................... A-015

Letter from Eileen Goel ............................................................................................ A-016

Letter from Sushma Jain ........................................................................................... A-017

Letter from Amit Jain ................................................................................................ A-018

Letter from Sanjeev Singal ....................................................................................... A-019

Letter from Shana De Caro ....................................................................................... A-020

Letter from Michael V. Kaplen ................................................................................. A-022

Letter from Frank and Rita Longo ............................................................................ A-023

Letter from Alexandra Longo .................................................................................... A-025

Letter from Nicole Pesce .......................................................................................... A-027

Letter from Anil Jindal .............................................................................................. A-028

Letter from Bruce E. Yannett .................................................................................... A-029

Letter from Darshna Dave ......................................................................................... A-031

Letter from Enza Dattero ........................................................................................... A-032

Letter from Gerry and Kathy Friscia ........................................................................ A-033

Letter from Michael Lyons ....................................................................................... A-034

Letter from Jason Contreras ...................................................................................... A-035

Letter from Rick Pezzullo ......................................................................................... A-036

Letter from Michael O. Bunsis ................................................................................. A-037

Letter from Dr. Peter J. Acker ................................................................................... A-038

## Character Letters Index

Letter from Mary Ellen Bertrand ................................................................. A-039

Letter from Dr. Allan L. Brook ................................................................... A-040

Letters from Dr. James A. Brunetti ............................................................. A-041

Letter from Dr. Ira Davis ........................................................................... A-043

Letter from Sumati B. Deutscher ............................................................... A-044

Letter from Dr. Charles B. Fierro ............................................................... A-045

Letter from Dr. Alexis Finlay .................................................................... A-047

Letter from Dr. Lawrence K. Fox ............................................................... A-048

Letter from Dr. Arun Goyal ....................................................................... A-049

Letter from Dr. Shikha Goyal .................................................................... A-050

Letter from Dr. Scott Graham .................................................................... A-051

Letter from Dr. Nan Hayworth ................................................................... A-052

Letter from Dr. Jonathan S. Herbst ............................................................ A-053

Letter from Dr. Steve Jindal ...................................................................... A-054

Letter from Dr. Ashutosh Kaul .................................................................. A-055

Letter from Dr. Shahrdad Khodamoradi ..................................................... A-057

Letter from Anthoula Lagakos-Lergos ....................................................... A-059

Letter from Dr. Jay Luthera ....................................................................... A-060

Letter from Dr. Nahid S. Majd ................................................................... A-061

Letter from Dr. Alan Mandel ..................................................................... A-062

Letter from Varsha Mehta........................................................................... A-063

Letter from Dr. Bipin Mehta ...................................................................... A-064

Letter from Dr. Sanjay Mishra ................................................................... A-065

Letter from Dr. Satish Modi ...................................................................... A-066

Letter from Dr. Harish Moorjani ................................................................ A-067

Letter from Dr. Muhammad Naeem ............................................................ A-069

Letter from Dr. George Owens ................................................................... A-070

Letter from Dr. Joseph Tartaglia ................................................................ A-071

## Character Letters Index

Letter from Dr. Andreas Wolter ................................................................ A-072

Letter from Michael Burgess .................................................................. A-073

Letter from Karen Sirabian ................................................................... A-074

Letter from Stephen Sirabian ................................................................ A-075

Letter from Brett Treacy ..................................................................... A-077

Letter from RajKumar Tewani ................................................................. A-078

Letter from Andrea Spanier ................................................................... A-079

Letter from Wayne Spanier .................................................................... A-080

Letter from Sarah and John Tobin ............................................................ A-081

Letter from Gregory N. Tino .................................................................. A-082

Letter from Thomas Wittwer ................................................................... A-083

Letter from Stephanie Wittwer ................................................................ A-085

Letter from Peter Wittwer .................................................................... A-086

Letter from Lily Wittwer ..................................................................... A-088

Letter from Roty Ann Welstead ................................................................ A-089

Letter from Rakesh and Rekha Singh ........................................................... A-090

Letter from Lynn Schwartz .................................................................... A-091

Letter from Usha Saxena ...................................................................... A-092

Letter from Anthony J. Savarese .............................................................. A-093

Letter from Frank A. Santora ................................................................. A-094

Letter from Maria Elena Sabe ................................................................. A-095

Letter from Michael G. Sabe .................................................................. A-096

Letter from Judith A. Roberts ................................................................ A-097

Letter from JoAnne Rispoli ................................................................... A-098

Letter from SS Raghavan ...................................................................... A-099

Letter from Dorothea A. Pisano ............................................................... A-101

Letter from Max Nair ......................................................................... A-102

Letter from Patrick J. McGowan ............................................................... A-103

## Character Letters Index

Letter from Fally S. and Vikram J. Malkani .................................................... A-104

Letter from Sara Weston Linehan ................................................................... A-105

Letter from Jeanne Lester ............................................................................. A-106

Letter from Nick Livanos ............................................................................... A-107

Letter from Sushil Khanna ............................................................................. A-108

Letter from Rohit Kapoor ............................................................................... A-109

Letter from Anita and Ash Gupta ................................................................... A-110

Letter from Robert J. Falk ............................................................................. A-112

Letter from Helene Byrnes ............................................................................. A-114

Letter from Matt Byrnes ................................................................................ A-115

Letter from Kathy Cady ................................................................................. A-116

Letter from Dayananti Carunia ....................................................................... A-117

Letter from Austin James Malencia ................................................................. A-118

Letter from Robert Clyatt ............................................................................... A-119

Letter from Jaidev Iyer .................................................................................. A-120

Letter from Tinku Jain ................................................................................... A-121

Letter from Brian Kaminer ............................................................................. A-122

Letter from Mona and Shakti Jauhar ............................................................... A-123

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Seibel,

My name is Shivani Goyal, and I am Ameet Goyal's youngest child. I am writing to attest to the character of my father. He is my role model, a wonderful father, and simply a good person.

My siblings and I used to joke that we could not go with my dad into downtown Rye without one of his patients stopping us to talk. They would pull my siblings and I aside and inevitably tell us about a procedure he had done on themselves or a family member that left a lasting impact on them. Their stories shed light on moments when my dad would unexpectedly get a call during dinner, on weekends, and in the middle of the night and go help someone in crisis, even when he was not on call. He never complained, but instead cared so deeply for his patients that he was constantly ready to drop what he was doing to help someone in need. I always knew my dad had a big heart and a good bedside manner, but I never truly appreciated his surgical skill until one day when I needed help putting on makeup. My dad asked to give it a try, and he applied my eyeliner with such precision that you could barely see it.

Being a skilled doctor is only a sliver of a description of my dad. He is a devoted father who has made it his mission to give me and my siblings the best lives possible. He worked hard to provide us with high-quality education and to give us the support and resources he thought would help us achieve our full potentials. But even more than that, he taught us his ways of approaching life that I use to this day. When I was learning how to drive, I hit our mailbox and started to cry. I wanted to go inside and wallow, but my dad calmed me down and convinced me to drive around the block again. He wanted to show me that one mistake did not define my driving and did not mean I was a failure.

This has been a guiding principle for my dad throughout his life. As a young Indian man trying to make his way in a competitive and sometimes hostile field, he faced repeated roadblocks as people patronized him often due to prejudice. But he did not let them stop him and instead continued to let his hard work speak for itself. He made a name for himself and started his practice from the ground up with the not inconsequential pressure of providing for three kids in a new town.

My father is an empathetic and gentle man. ███████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
█████████████████████████████████ He showed up that day and has shown up countless

times in ways big and small for me. I am not exaggerating when I say there is a good chance I would not be alive today without the support and love of my father.

Before this case, my father and I would often exchange funny text messages and had too many inside jokes to count. I would call him when I needed someone to listen, to help me figure out how to be an adult, or just to make me smile. These past four years have been grueling for my father, my family, and myself. But my father has persevered in maintaining his spirit to keep our family afloat. Our silly text messages have turned into weekly hour long phone calls through which we have deeper conversations about how we are doing. Through these phone calls I have heard the waves of emotions my father has experienced and have been blown away by how level-headed, selfless, and strong he remains. He speaks of wanting to practice again one day and to continue positively impacting the lives of others. He talks about how much these past few years have made him readjust his values and get in touch with his inner self again. He continuously says he wants me to focus on my graduate program and to not let the case affect my life, something I know he means because of how much he has tried to protect me these past few years.

To be human is to make mistakes. While some mistakes are larger than others, my father has accepted responsibility for his wrongdoings and is ready to make amends. However, to do so requires he receive a second chance, and at his age a lengthy sentence does not allow for one. I sincerely hope you take my father's magnanimity, perseverance, and character into consideration in reducing his sentence. He is not a violent man. He is a generous person, a loving father, a good friend, and the best dad. I can only hope that one day he can be free to do the good he wants to in the world, to spend time with my mother, and to play with his future grandchildren.

Respectfully,

*Shivani Goyal*

Shivani Goyal

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Seibel,

My dad has made his share of mistakes from time to time, but he's also responsible for making me the man that I am today. He is extremely hard-working, loyal, forgiving, loving, and will go to any lengths to help my personal development and happiness.

My family moved from the city of Rye to Harrison when I was less than 10 years old, and when I transferred to a different school district, I was heavily bullied for several years. I was ignored by everyone on the playground, and when other kids did give me attention, it was to bully me and make fun of my nerdiness, choice of clothing, and Indian lunchboxes that my mother prepared for me. Every day I walked into school hating my life, without anything to look forward to. My dad saw the pain that I was going through, and in spite of our recent move, he allowed me to change schools again  so that I wouldn't get bullied all the time.

Was it necessary for him to do this? No, not by any means, but he did it because he loved me. He worked long 6-7 day weeks, waking up early every single morning to cook me breakfast, go to work, take me to soccer games sometimes 90 minutes away, and teach me new SAT vocabulary every day.

As a physician, my dad constantly worries about my health and puts up with the constant pain of my stubbornness to make sure I am taking my medicine and getting necessary treatment. He will call, text, or bother me just about every day until I tell him "yes dad, I've picked up the meds from the pharmacy". He knows that I often try to tough out whatever illness I have, and if I curse him out over the phone like a child and tell him to leave me alone, he doesn't simply give up.

Most importantly, my dad has taught me, by example, to always bet on myself and to never give up in spite of challenges I faced, and that mentality has allowed me to achieve some of my lofty dreams that I once didn't think were possible, including attending to a top 10 university and working in my dream job with the NY Yankees.

Every time I call my dad, he tells me how proud he is of me and how my sisters and I are the largest achievements of his life. He is more disappointed about the negativity that this case provides to myself, my sisters, and my mother than he is concerned about himself. My father battles depression, and yet whenever I see him or speak to him you wouldn't know it because he tries so hard to be positive to me and he doesn't want me to ever have to worry about him. He never asks me for anything other than to call him on the phone once a week and visit him in person every now and then.

Your honor, my dad is someone that I look up to in many ways and I hope to one day be the kind of father that my dad has been to me. I truly believe I won the lottery by being born as his son. I

hope that the court can take mercy on a phenomenal father, and I pray that he will one day be able to see his positive values instilled and reflected in his grandchildren.

Sincerely,

Akash Goyal

November 2, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Seibel,

My name is Riya Goyal and I am Dr. Ameet Goyal's oldest daughter. Words cannot describe the love and compassion my father has expressed myself and others throughout my life, as well as the shame he feels for what has occurred.

The first memory I have of my dad is him standing in front of my kindergarten class, going through the parts of the eye for our science lesson. As a kid, despite his busy schedule, he made sure he was there for everything. Whether it was frying an egg for me before I went to school, sitting in the passenger seat teaching me to drive, or coaching my childhood softball games, he was always there for me. His love and devotion was recognized by others and he was even honored as "Father of the Year," by the American Diabetes Association.

My dad expressed that same love and devotion towards his patients. Growing up, no matter where we went in town, we would be stopped by one of my dad's patients. They would thank him and tell me how he had changed their lives by restoring their vision from near blindness, diagnosing and removing cancer before it spread throughout their body, or reconstructing their eye late at night after being attacked by a dog. My dad spent hours working at clinics and providing free eye care to those unable to pay, and even learned Spanish to communicate better with his patients. He loved getting to know them better and when we ate dinner together, his eyes would light up talking about how one of his patient's had recently become a grandmother or another had just started a new job. He encouraged me and my siblings to do what we loved and to help others, so we may be fortunate enough to experience the same joy he felt day to day.

My dad is a modest man and it wasn't until I was older that I realized the true extent of hard work and dedication he put into becoming an oculoplastic surgeon. One day in the attic, I found lectures from college and medical school he recorded and taken handwritten notes on three times over. When I asked about his medical training, he recounted sleepless nights practicing his suture skills on tomatoes. He told me stories of racism and harassment he experienced as an ophthalmology resident in West Virginia, to the point that he moved and voluntarily repeated a year of residency for the opportunity to switch programs. He never gave up, matched at the top oculoplastic fellowship program in the country, and built his own medical practice from nothing. My dad's passion, work ethic and impact on others are what inspired me to become a doctor.

Although my dad has tried to stay strong, not being able to practice medicine and seeing the tremendous impact this case has had on my family has truly broken him. The regret and disgrace he feels is almost palpable, and the light I used to see in his eyes is no longer there. This case has consumed our lives for the past four years. My mom is heartbroken knowing she will grow old without my dad and although she is not ready to admit it, will likely die without seeing him

A-005

given her medical conditions. My grandmother knows my dad will not be at her side on her deathbed. My sister and I know our dad will not be there when we get married or give birth to our children.

Despite all of this, my dad still holds onto the hope of helping others. He talks about wanting to volunteer in local communities and help people with the eye diseases he spent years learning how to treat. I see him pull out his old suture kits and textbooks, but deep down both he and I know the skills he honed to become a surgeon with no clinical complications are being quickly lost with time.

My dad is a kind, loving man with so much good he can and wants to do for others. He is truly sorry for his actions and understands he must face the repercussions. I kindly ask you take my dad's unique ability and desire to contribute to the community, the good he has provided to others, the shame and regret he will carry for a lifetime, and the impact on my family into consideration when sentencing.

Respectfully,

Riya Goyal



Alka Goyal

February 16, 2022

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States* v. *Ameet Goyal*
19-cr-844 (CS)

Dear Judge Seibel,

I am Dr. Ameet Goyal's wife and am writing to you as you consider his sentencing for federal criminal offenses.

Thirty-three years ago, I had an arranged marriage to Ameet when he was a fourth-year medical student. We have spent more than half of our lives together and, during that time, he and I have faced many challenges. How he faced those challenges, I believe, speaks to his character, heart, grit, deep desire to do good in the world, and his love of family and community. He is a good hearted, well-intentioned, tenacious, religious man who is human and who has made some poor decisions in his life. He deeply regrets these decisions and has changed significantly in the past few years. I hope that you will be lenient in your sentencing as you learn more about him as a person.

First and foremost, Ameet is a fantastic father. He is completely devoted to each of our three children and has worked very hard to ensure that each one has the best education possible, and one that is tailored to each. He wants them to be the absolute best in their fields and to be happy. There is absolutely nothing more important to him in the world than our children. He's taught them the skills he thinks are important for life success. He's taught them how to work through fear and how to think independently. He's taught them to be kind and caring and gentle, but very tough at the same time. He has taught them that they must be true to themselves. He has taught them that it doesn't matter how people characterize you and that it doesn't matter if other people don't look or act like you. They have all done meaningful charity work alongside him and without him. They have learned the value of family and friends and God, in whichever form he or she takes. They have each faced their own significant challenges, and they have learned to be resilient. It is ingrained in them. We cry together. We celebrate together. We support each other. I could not be prouder of our family. Ameet is and has been key in their

continuing development. They rely on him. When advice is needed, they reach out to him before me.

Ameet has also been a wonderfully supportive husband. We have each sacrificed for each other and for our families. A physician's training schedule can destroy marriages and families. In ours, we remained strong. At every opportunity, he has placed my needs ahead of his. There was a two-year period during which I was frequently ill. During that period, Ameet picked up the brunt of my work with the family, the house, and the practice and was actively involved with my medical care.                                                        ; on those few daily visits where Ameet could not come with me, he would have a nice dinner or a restful distraction planned for when I returned. Memories of his tenderness and concern during these periods of immense personal stress remain embedded in my heart.

Ameet is an optimistic, warm, loving man who believes that if someone comes to him with a problem, it is his responsibility to either resolve the problem or to redirect that individual to the right person/place. During our marriage, I have witnessed many occasions in which he has been on the wrong end of maliciousness, racism, or jealousy. He has turned those episodes into light posts so that others of color could see that there was hope and that, with hard work and awareness, discrimination could be overcome. He forgives easily. He would never knowingly hurt anyone even if they had hurt him. When asked for advice, he has freely and fully shared whatever knowledge he has, even though he has rarely experienced the reverse.

He is remarkably generous. He offered to permanently give an employee his own car because he was worried about the safety of the employee's front-wheel drive car before a winter storm. Once, he was so impressed with a young man from the Bronx who did not have the funds to pay for his education that Ameet wanted to pay his college and then medical school tuition. We had some very serious and heated discussions about this. He has supported extended family members financially or emotionally. He has given money to different employees who were in a tight spot for various reasons without asking for anything in return. After visiting his grandmother in Delhi once, he bought her an air conditioner and carpeted her home because she had congestive heart failure and he was afraid of her falling; even her own son did not do this for her. The list of examples is simply endless.

Ameet is not only generous with his money, but also with his time. He loves mentoring young people. He has been a science research mentor and helped to judge the Westchester Science and Engineering Fair on multiple occasions. If a student (high school, college, or medical school) asked for advice, wanted to intern in the office, or wanted to observe office-based surgeries, Ameet was eager to help and always accommodated them. He gave them the ins-and-outs of what to expect when choosing different medical specialties and was very proud of each of them as they pursued their ambitions. One such student is getting his MD-PhD, another is an ophthalmology resident, and yet another is a college student who is aspiring to be an ophthalmologist. He was always supportive of the Westchester Medical Center ophthalmology residents, as well as the Phelps Hospital's family medicine residents, providing them support with fellowship recommendations, career advice, and, most importantly, his guidance in terms of how to improve their diagnostic and surgical skills.

Honorable Cathy Seibel                                                          -3-

Ameet refuses to let obstacles defeat him. In July 1996, when Ameet started his own practice, solo practice was considered risky and financially unrewarding. Ameet had no network of colleagues or friends in Westchester County who could have provided him with even a string of referrals. What he had were his two good surgical hands, great medical training, confidence, and a bit of luck. Mt. Vernon Hospital supported him as he opened an office on Gramatan Avenue, and United Hospital supported Ameet by providing him with medical billing services. A patient who was grateful for the medical help that Ameet provided his family lent him a substantial amount of money to start the practice.

Ameet believes that medicine should be available to all regardless of race or socioeconomics. His practice treated all patients equally. Well-known people, billionaires and indigent people would sit together in the same waiting room and would receive the same level of medical treatment. He hired bilingual staff and joined health insurance plans that predominantly served minority communities. He wanted to take care of people who didn't typically get good care and who were not always welcomed in affluent communities. This desire to treat patients indiscriminately had implications for how the practice itself was managed. He didn't care if patients complained and left the practice because the waiting room was filled with Hispanic patients and their families. He didn't care that some employees left because they did not want to be associated with this population. Ameet's reputation as a great, compassionate physician who listened, solved problems, and was available 24/7 spread quickly. This is how his practice grew.

Ameet has always been driven to become a top surgeon. He spent time with the best practitioners in each ophthalmology subspecialty to learn the techniques that made them effective. He synthesized techniques from non-ophthalmologic specialties to construct new surgical approaches. The biggest compliment he received was always when medical personnel who had seen his work either came to be treated by him or referred a relative or friend.

Over 300 ophthalmologists, optometrists, dermatologists, plastic surgeons and some oculoplastic surgeons referred patients to him. They did this not because he was a "good guy" but rather because he delivered good results for their patients, who were always returned to their doctors for continuing care. In 2015 and 2016, these same colleagues selected him to be part of Castle Connolly's prestigious roster of Top Doctors. The only way to obtain this honor was through peer selection. We were extremely proud that his hard work resulted in peer recognition.

While Ameet's medical and surgical outcomes were an immense source of pride for him, our family has faced serious medical challenges with Ameet being there every step of the way—notwithstanding his work schedule.

Honorable Cathy Seibel                                                                                           -4-



Each of these experiences deepened Ameet's awareness around how important the emotional piece was in the delivery of good quality care. It made Ameet understand medicine from a patient's perspective and changed how he treated them. He better understood that people's lives were complicated and that what seemed obvious to him could be very stressful or difficult for them. They needed someone who could hear them as well as provide medical care. He tried to do this for them in the way that he did for our daughter.

Ameet is a deeply loved man and has a tremendous impact on me, his children, our mothers, and our friends. He tries to help whomever he can. He still has a lot to give to the world. His surgical and medical skills are exceptional. And he has changed. He has become contemplative and spiritual. Money is no longer important to him. He takes responsibility for his actions. He is grateful for the time that he has been able to spend at home and the time he has been able to spend with his mother, who is now almost 82. He is thoughtful, softer and at peace, but he is deeply distressed that he may miss key moments in our children's lives.

, and as the oldest son, she has preferred that Ameet take care of her. I, myself, have had seven cardiac stents placed in the past two years; on my side of the family, there are few that live beyond the age of 60, and I am now 57. I do what I can, but fighting genetics is difficult. Ameet is a critical part of our lives and contributes to our good mental and physical health and happiness.

I beg you to please be lenient in your sentencing.

Very truly yours,

Alka Goyal

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

8 November, 2021

Dear Judge Seibel,
Having raised and seen my son grow up, I wanted to provide some
thoughts about him as a person. As a child he struggled early with
many medical issues, including a few severe allergy reactions that I
thought he would not survive.  He also had to deal with moving to
many new places as my husband's career required us to move often,
which required him to learn how to adapt to new places without
having a single place to call home or develop early childhood friends.
I say all of this because I think it is important for you to see how he is
a person who had to adapt and focus on what is important.
 Throughout his life, he has always focused on what is important –
family, friends, his community, and his religion.  He has been a
dedicated son who took care of his father who spent a long time
suffering and eventually passing away from cancer.  He continues to
be a dedicated son who looks after me and is constantly calling to
make sure I am okay or need anything, despite everything that he is
going through. He is a committed father who always made sure to
carveout time for his kids, providing and care for them.  He always
made sue to be there for them during their activities, school, and
social needs. He is a loving husband, who after 33 years of dedicated
marriage has shown how true love and friendship can form
meaningful bonds. He also is dedicated to our extended family of 19,
who has constantly been pushing the family to make time at least
twice a year to always get together even though everyone is always
busy and have their own lives.
Even though he is dedicated to his family, he is also dedicated to his
community.  I have seen and heard from so many people in Rye who
have talked about how he always gave his time and resources to help
those in need.  He would give free medicines and services to those
who did not have the ability to see a doctor.  He would offer his time
at community events.  He also helped bring people together to help
raise funds for community programs or services.  Finally, he is a man
deeply committed to his religion and faith.  He has provided help to
his local temple and promotes our faith and knowledge to all of the

A-011

kids in his family and for his nieces and nephews.
My son is a true man of character who has spent his entire life in the service of others. He has given so much and is able to provide so much more. I hope you will consider all of this to know that a man such as my son should be provided with an opportunity to continue to do good for the community, especially at a time when there is so much suffering and need from people these days.
Sincerely

Kamlesh Goel

With Regards
Kamlesh Goel

A-012

November 9, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Ameet Goyal Character Letter

Dear Judge Seibel,

I am writing this letter on behalf of my brother, who I have a very close and personal relationship.

From an early age I can recall my brother as being the one family member who "showed up" for family members. He came to our sports and extracurricular activities, he would come when we called and said we needed help in school and life, and would often provide us with resources if we needed anything. Although he was dedicated to pursuing his career, he always found time for our immediate family.

Later in life, Ameet was also there for his extended family. Whenever my four kids needed something or if they had an activity, he would always call or at times come to actually participate in their lives. Whether it was a soccer game, karate tournament, play, or other event – he would actually be interested in them and how they were doing. There are very few relatives in my life who would get on the floor and play with the young children at their level or know how to sit with a teenager talking to them without sounding like an overbearing parent.

While there are many personal stories to exemplify Ameet's character, I wanted to share a time that my brother was there for me personally. Twelve years ago I went through a very ugly and bitter divorce, which affected both my emotional and physical health. Instead of focusing on the reasons or negative aspects of the divorce, Ameet would call or show up. He never stopped or let days go by that he was not worried about how I was doing or what I needed to move forward. His comments to me was to always focus on the future and not the past, think about what is important in your life – my kids and my health. His continuous love, emotional support, and guidance were critical to helping me get through a dark time in my life.

The strength and character of a person is not by words but by their actions. How someone behaves with those in their family and community are important traits that are critical to judging a person's morals. At no time has my brother been too busy to help a person in his community, to show up for a family member, or to answer a local call for medical help. His life was not focused on being a physician, but being an active participant in the world around him. He has often said, that when he is done with the practice of medicine, he wants to find his next chapter in life by spending more time with family, friends, and working in the community.

At a time when there is no much pain and negativity in the world, having a person who continues to show compassion and a selfless interest in helping those around them is something we need to foster. I hope there can be some consideration of Ameet's virtues and what we can still provide to our society.

Sincerely,

Anuj K Goel

A-013

November 9, 2021

Judge Cathy Seibel
Federal Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Seibel,

I wanted to send a letter about my Thouje, which in Hindi means father's older brother. I do not use this word lightly or because I must, rather to truly emphasis what he has meant to me over my life.

I have been lucky in my life to have strong family connections. I recall many times in my past where my father would bring me and my siblings to visit Thouje. During these trips, he always went out of his way to plan fun events, activities, and meals based on what I and my siblings enjoyed.

But what I will always remember most is that he would always ask me to go play basketball, which was kind of our thing over the years when we would visit. Whether it was playing outside or with a small indoor basketball hoop in his house, we had that little something which was really nothing, that became our thing. Neither of us are very good, nor did he or I ever play for any school team. Instead, he found a way to just hang out with me. We would shoot, talk about life, and just enjoy life. There was no forced talk or anything that I felt uncomfortable about, he just honestly wanted to have fun with me and related to me as a kid better than other adult.

There are so many adults in my life who want to tell me what to do or how to do things. There is so much pressure to always succeed, get ahead, or be the perfect model child/student. Yet this is not Thouje; the times I get to spend with him are measured in trash talking while playing terrible basketball, being with a family member who just wants to be part of my life and is interested in who I am as a person. Having a relative that I feel comfortable to talk to, relate with, and more importantly just enjoy the moment with is so rare these days. While no one is perfect, having someone who can allow you to be yourself in a non-stressful situation is about as perfect as you can get when it comes to family members. There is so much Thouje has provided to me and my family, and I hope he can continue to do good tings for all of us in the near future.

Thank you for listening to me and hope you will consider who my Thouje is as a person and my relative.

November 9, 2021

Honorable Cathy Seibel
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Seibel,

I was asked to write a letter about Thouje, who is my father's older brother.

I love and care about Thouje a lot.  He is always there with a big smile on his face when we see each other, he is always asking about my interests, and wants to know if I am happy in life.  He never says this to me as a quick question, but with an actual interest in what I am thinking and as though he really wants to hear from me.

I have been through so much in my life with my parent's divorce and always bouncing from house to house.  Having different cultures, religions, and well competing family interests has been hard for me.  When I come see my Thouje, he doesn't sit and make comments about my mom or about the issues in my parent's past.  Instead we just sit and talk to each other, often time making really funny sarcastic comments at each other.  We are always making memories every time I visit Thouje playing boardgames or videogames and enjoying each other's company. I always feel as though his house is my other home, the way he and his family have made me feel welcome and safe.  Yes, he is my family and you would expect that from him, but he always goes out of this way to include me or just talk to me, given all of my siblings and large number of family who get together.

I think for me, it will be hard having him gone for so long from my life.  Growing up it is the family members in your life who help make you who you are, I can honestly say my Thouje has helped show me how important it is to be kind, caring, loving, and close to those around you.  It is how you treat others that end up in how you are treated in life.  He has shown me the importance of always being there for family and I hope to show that same love and affection to others, something I learned from Thouje.

I truly hope you consider my letter and know he is a great guy who really cares about his family and friends

November 9, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Seibel,

I am Ameet's sister-in-law and wanted to provide a letter about my relationship with him for the last 11 years that I have been in this family.

I came into this family as the new addition, after my husband's (Ameet's younger brother's) divorce. I have to say that initially I was very nervous coming into the family where the kids were all grown up and the adults did not know me well. But from the moment I first met Ameet and his family, I always felt welcomed and invited. There was never any tension or issues, in fact Ameet would often try and speak to me in Spanish (as I come from a Hispanic background). I am also a Christian and at no time has he ever made me feel different that our families do not follow the same beliefs.

I am also amazed by how much he has always put his family first. Whether it was taking time to care for his elderly father when he was in hospice, taking care of his elderly mother who has several acute medical conditions, taking time to be with his children, and even spending time with my two kids. As a newer marriage, my husband and I were blessed with twins who are currently 6 years old. I know they always love coming to his house, as he is always waiting for some toy or fun activity to sit on the floor with them and play/build it.

There is a bible verse that I would like to share, which is from **I Corinthians 13:4-7 –** "Love is patient; love is kind. Love is not jealous; is not proud; is not conceited; does not act foolishly; is not selfish; is not easily provoked to anger; keeps no record of wrongs; takes no pleasure in unrighteousness, but rejoices in the truth; love bears all things, believes all things, hopes all things, and endures all things."

Ameet has always seemed to me to live based on this virtue and I believe it reflects in his character as well. Thank you for considering my letter.

Eileen Goel
Eileen Goel

A-016

HONORABEL CATHY SEIBEL
THE HON. CHARLES L. BRIEANT JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
300 QUARROPAS ST
WHITE PLAINS N.Y 10601-4150

DEAR JUDGE SEIBEL

MY SON IN LAW DR. AMEET GOYAL IS MARRIED TO MY DAUGHTER FOR LAST
32 YEARS. HE IS the MOST LOVING CARING COMPASSIONATE PERSON I HAVE
KNOWN FOR ALL These YEARS AND AM VERY PROUD OF him to join our
FAMILY

HE IS EXTREMELY HARD WORKING, LOVING AND ALWAYS WENT OUT OF HIS WAY
TO HELP EVERYONE that COMES ACROSS HIM

HE IS VERY RELIGIOUS, GOD FEARING PERSON AND WILL NEVER in HIS dreams
will hurt ANYONE



AMEET MADE SURE AND VISITED HIM 3-4 TIMES A WEEK TO be WITH HIM
AND GIVE HIM COMFORT AND COMPANY.

He took TIME OUT AFTER LONG DAY OF WORK NOT EASE AS IT WAS LONG
2 HOURS OF DRIVING FROM RYE TO BETH ISRAEL HOSPITAL AT NEWAR NJ
HE WAS tALKING To DRS. ATTENDING HIM AND MADE SURE HE WAS
GETTING APPROPRIATE TREATMENT

AND WHEN HE WAS RELACED FROM REHAB HE CAME TO VISIT VERY OFTEN
To visit HIS FATHER IN LAW

OUR FEW sta FAMILY MEMBERS CAME FROM INDIA AND HAD EYES TROUBLE ISSUE
HE ATTENDED AND CARED Them So NICELY. They ALL WERE SO IMPRESSED
WITH his QUALIFICATIONS, SINCERENESS AND LOVE AND COMFORT he Has
SHOWERED on THEM

OUR WHOLE FAMILY AND MYSELF ARE So PROUD OF HIM That He CAME AND
JOINED OUR FAMILY.

YOUR HONOR  AMEET IS SUCH A NICE PERSON AND WE ARE SO PROUD
THAT MY DAUGHTER GOT MARRIED To SUCH A NICE, CARING GEM PERSON

SINCERLY

Sushma Sain

SUSHMA SAIN