Honorable Cathy Seibel  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas St.  
White Plains, NY 10601-4150

10/20/2021

Dear Judge Seibel,

I have known Ameet Goyal since 1988 and am his brother in law. My relationship and knowledge of Ameet is within the family context. My view of Ameet has been formed from my significant interactions over the years with him and my thoughts are likely similar to anyone who knows Ameet - he is kind, sympathetic, smart, funny, religious and low key. Dare I say, not flashy. That is the Ameet I know.

I will share one simple story. ███████████████████████████████████████████
███████████████████ It was during this period that I got to see Ameet in his fullest. He would not only come and visit my father in the hospital after his own work (a decent drive away) often, but he would counsel our entire family not only on my father's medical condition but also relate other experiences he has seen in his line of work to make the rest of us feel more comfortable with the medical and really emotional decisions we had to make in real time. He spent lots of time explaining very complicated topics and putting them in very simple and really sympathetic ways which made it all easier for us. His calming manner was great for all of us.

While I have never seen Ameet in his actual line of work, I can only imagine how he might spend the time with his patients - explaining a complicated or simple procedure, answering any and all questions and more importantly, taking the time to get to know them and sympathize with them. He might even tell a joke to make you smile through a difficult period of time - if even just for the moment.

I hope you can take this simple story and my views into account.

Thank you,

*[signature]*

Amit Jain

Sanjeev Singal
███████████
███████████

10/29/21

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Ref: **Ameet Goyal**

Dear Judge Seibel,

I, Sanjeev Singal, is Ameet Goyal's first cousin and resident of New Jersey. I know Ameet since childhood. We basically grew up together. He is man of good character with very kind heart. He always ready to help others beyond his reaches. I am one of the examples of his kind help.

████████████████████████████████████████████████████████████. He took days off from his work for me at various occasions to take me to the various doctors and to the hospital ████████████████████████████ Today, I am alive just because of his encouragements and kind help. This is just one of the examples of Ameet's kind help to me.

Sanjeev Singal
*(signature)*

## DE CARO & KAPLEN, LLP

*Counselors at Law*

427 BEDFORD ROAD
SUITE 360
PLEASANTVILLE, NEW YORK 10570

MICHAEL V. KAPLEN*
SHANA DE CARO†

*ADMITTED NEW YORK, FLORIDA
AND DISTRICT OF COLUMBIA BAR

*CERTIFIED CIVIL TRIAL ADVOCATE
NATIONAL BOARD OF TRIAL ADVOCACY

*CERTIFIED PROF. LIAB. ATTY. – MEDICAL
AMER. BD. OF PROF. LIAB. ATTORNEYS

*PROFESSORIAL LECTURER IN LAW
THE GEORGE WASHINGTON UNIVERSITY LAW SCHOOL

†ADMITTED NEW YORK AND
DISTRICT OF COLUMBIA BAR

†CHAIRWOMAN
BRAIN INJURY ASSOCIATION OF AMERICA

(914) 747-4410
michael@brainlaw.com
shana@brainlaw.com

October 19, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Dear Judge Seibel,

My name is Shana De Caro, and I am an attorney admitted to practice in New York, including the Southern, Eastern, and Northern Federal District courts. I have been practicing personal injury and medical malpractice law for 40 years. I have known Ameet Goyal for approximately 10 years on a social and professional basis. First, and foremost as a genuine and loving friend. I have also sought treatment for myself, my father, and my adult son.

As a physician Ameet was caring, reassuring, and extremely competent. [redacted] As a medical malpractice attorney, I know many physicians, but felt most comfortable and confident leaving my beloved family members in Ameet's competent hands.

On a personal level, Ameet has always been a devoted family man, dropping everything when one of his family members needed him. He is always there for his children and is devoted to his wife Alka. As a family man he is to be admired and respected and is a role model.

But primarily I know Ameet as a friend. He has been a steadfast friend to me and my entire family. He is one of the few people we know we can count on, for anything. Unlike many others, if Ameet says he will do something to help or assist, you can rely on his word. Many others promise, but few deliver. Ameet always has a sympathetic ear to listen to my problems and concerns, no matter what he is experiencing in his own life.

1

A-020

Everyone who comes to know Ameet on a personal level are enveloped in that warmth. We are also deeply aware of his religious devotion, as he is contemplative and introspective about life and others. I know he deeply regrets his actions and all that has transpired. It is rare and difficult to truly look at oneself through an objective lens and find fault, but Ameet has done that and hopes to move forward and do good. Ameet has many friends with these same intense feelings of love and loyalty as I do. Ameet is the brother I never had, but wish had always been a part of my life. Ameet is always receptive to listen to my problems and concerns and offers a soft shoulder and an accepting ear. This demonstrates his extraordinary nature and generous spirit, that he considers my problems considering his own situation.

As he contemplates going to prison, he is exploring ways he can be of use and benefit to others upon his return to society. Ameet is a brilliant and caring doctor, a good and loyal friend, and has much to offer the world.

As a trial attorney I spend much time evaluating people and their character and find many lacking. Ameet is one rare individual who is a good person, with much to offer the world, with a lapse in judgment and behavior. He will always feel remorse for that, but there is so much good he can do in the world going forward.

It is my sincere hope and request this court consider his basic good character, his close and committed ties to family and friends, and the good he can do during the remainder of his life, in contemplating a more lenient sentence.

Thank you for your consideration,

Shana De Caro

## DE CARO & KAPLEN, LLP

*Counselors at Law*

427 BEDFORD ROAD
SUITE 360
PLEASANTVILLE, NEW YORK 10570

(914) 747-4410
michael@brainlaw.com
shana@brainlaw.com

MICHAEL V. KAPLEN*
SHANA DE CARO†

*ADMITTED NEW YORK, FLORIDA
AND DISTRICT OF COLUMBIA BAR

*CERTIFIED CIVIL TRIAL ADVOCATE
NATIONAL BOARD OF TRIAL ADVOCACY

*CERTIFIED PROF. LIAB. ATTY. – MEDICAL
AMER. BD. OF PROF. LIAB. ATTORNEYS

*PROFESSORIAL LECTURER IN LAW
THE GEORGE WASHINGTON UNIVERSITY LAW SCHOOL

†ADMITTED NEW YORK AND
DISTRICT OF COLUMBIA BAR

†CHAIRWOMAN
BRAIN INJURY ASSOCIATION OF AMERICA

October 29, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: Ameet Goyal Sentencing

Dear Judge Seibel,

I have known Ameet Goyal for the past 10 years and over time, I have become a close friend. He has treated members of my family, including my son, my wife, and my late father-in-law medically. I have observed him at home with his family, at his office with patients, and in the community. I have always found him a decent person, who has dedicated his life, personally and professionally to providing and working in the best interests of his family, friends, and patients.

Ameet is a compassionate man with deep religious beliefs, which is the underpinning of his empathy and respect for others in all activities of his life. He treats everyone with dignity and value. He is a dedicated husband, parent, and friend. His profound love and concern for his family is manifest. Ameet is a kind, caring, unselfish, and generous person.

His loyalty, dependability and love has enabled his children to succeed in their life's ambitions. His focus has always been their education and pursuing their goals and aspirations. Consequently his children are successful, compassionate, generous individuals.

His medical treatment of my family members has always exhibited and demonstrated his commitment to his patients, with patience and understanding. His dedication to the reality of access to quality health care has been demonstrated by those he has treated in the community without compensation.

Ameet has always been a friend who has been supportive in my times of need with sound and considerate advice and solace when required. He always finds time for his friends. He is well respected in the community and in his profession.

I know Your Honor must impose a fair and just sentence. I can only hope and pray Your Honor will consider Ameet Goyal's many fine attributes and his lifelong commitment to his family, friends, patients, and community in imposing sentence.

Respectfully yours,

MICHAEL V. KAPLEN

A-022

**FRANK A. LONGO & RITA J. TINO LONGO**



Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: **Ameet Goyal**

Dear Judge Seibel,

We are neighbors and close friends of Ameet Goyal and his wife, Alka. We are writing on Ameet's behalf with regard to his upcoming sentencing.

We have known Ameet for some 20 years, ever since our daughter's attended elementary school together. We quickly became fast friends, bonding over our kids and then as neighbors in Rye. We consider the Goyals to be a part of our extended family.

During the time we have known Ameet, he has always been a generous and loyal friend, dedicated to his family and his profession. He has raised three wonderful children who are now adults and well on their way to successful careers in medicine and finance. We have been fortunate enough to be included in many of the Goyal's family celebrations and can attest that they are a close, loving family who rely upon Ameet for his support and guidance every day. We are also thankful for being invited to participate in a number of meditation sessions that Ameet hosted at his home over the years which provided much needed relief from the stressors of everyday life. Ameet and his family are very spiritual people and come from a family of spiritual people. Ameet and his family have also been our guests at our home for our yearly Christmas Eve dinner. It was a special time for all of us.

Ameet has also engaged in many charitable activities, volunteered out our annual block parties, and was honored in the past by the American Diabetes Association for his contributions and support. Professionally, he has volunteered his services at hospital eye clinics and has never hesitated to help us or provide advice if someone in our family had an eye problem or other minor medical issue. He always made time for us and we knew we would receive the best medical care in Westchester. Over the years, we have also recommended friends and acquaintances to Ameet professionally and cannot recall anyone who had a complaint or was dissatisfied with the care they received.

For us personally, we are devastated. We have seen him shrink from the big, outgoing person he was. He has obediently remained confined at his home for almost 2 years, never leaving the house, except for certain qualified medical and legal visits. It has been difficult watching this. We have prayed with him numerous times for a just decision. We are requesting that you take all of this into consideration. We are all dreading the day he has to leave. We will miss him terribly, as will all his friends.

We thank you for your consideration and hope you will see that Ameet is an integral part of a wonderful family, as well as a close circle of friends and a community that relied on him for the highest degree of medical care.

Respectfully,

Frank A. Longo

Rita J. Tino Longo

# ALEXANDRA LONGO



Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Seibel,

I hope that this letter finds you well. I wanted to write to you on behalf of Dr. Ameet Goyal, a longtime friend of my family's, and mine, to share how much he has meant to us, in regards to his upcoming sentencing.

I first meet Dr. Goyal and his family when I was seven years old, and his daughter Shivani and I were the only two new kids in the first grade at Purchase Elementary School. I remember being nervous and ostracized from the other kids, and Shivani and I quickly became best friends. My very first memory of Dr. Goyal was after a tough day of school for two nerdy seven year olds, he took Shivani and I to get pedicures at the local nail salon. This is the kind of man he is — caring, thoughtful, generous, and uplifting.

Over the years, Dr. Goyal and his family became like an extended version of our own. We spent birthdays, Christmas', New Year's Eves and just casual Friday nights together, sharing stories, asking for advice and supporting one another. We attended his meditation sessions, where he opened his home to share his own spiritual beliefs with my family, and opened our eyes to the gifts of meditation and calming practices.

After countless dinners at the Goyal family home being exposed to vegetarian Indian cuisine by Dr. Goyal and his wife, I became a vegetarian. Years later, when I began working in the hospitality industry in New York, Dr. Goyal would text me for restaurant recommendations. Our families learned and grew from each other, and watched as we all grew up and Shivani and I made our escape from the kid's table to sitting side by side with our dads, debating with them as equals. I never left an evening with the Goyals without a smile.

Most importantly, as his daughter Shivani was to me, Dr. Goyal has been a friend to my father. My dad has always had a lot of friends, but all from his hometown where he met growing up, and who had known each other for years. His new friends mostly consisted of husbands of my mom's friends, but Dr. Goyal was the first new friend I had ever seen him make. I saw how they supported each other through raising families in the ever-competitive Westchester County, deaths of parents, and the overarching stress of being an adult. He brought my dad into his own friend group, and was a constantly inclusive,

A-025

funny, caring and welcoming person to him, my mom, my siblings and myself. I saw how they leaned on each other for everything from a lending ear to a golf partner.

In conclusion, it has been incredibly heart wrenching to watch someone who was a constantly booming presence in my life be put through such a grueling experience. I hope that you are able to take this note into consideration for his sentencing, and are able to see the truly one-of-a kind and incredible person that he is. I am so grateful that Dr. Goyal and his family have lived down the street from mine for the last 18 years. He and my dad have taught me what it means to make a lifelong friend, no matter the obstacles.

All the best,
Alexandra Longo

*Alexandra Longo*

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Dear Judge Siebel,

I've known Dr. Ameet Goyal for over 23 years. His oldest daughter, Riya, is my closest, lifelong friend and I've spent a lot of time with their family. Dr. Goyal has played different roles in my life – he's my best friend's father, middle school softball coach, eye doctor, neighbor, and community leader.

In all these roles, Dr. Goyal has stood out as someone who genuinely cares about people and how they treat others.

One evening, I learned that I needed to complete an eye exam by the next afternoon for time sensitive paperwork. I anxiously called different eye exam providers but could not find one that would take me. As a last resort, I called Riya, who put her father on. Dr. Goyal listened to what I needed. After listening, he calmly scheduled a time for me to get an eye exam. Before the call ended Dr. Goyal asked if I had insurance and said if I didn't, he would take care of the expenses. In that moment of need, Dr. Goyal was a steadfast problem-solver who listened and carefully considered how he could help someone.

Dr. Goyal's actions go beyond thoughtful gestures like the ones that I've mentioned. When Riya and I were in sixth grade, the Goyal family moved from our neighborhood to a new house farther away. This meant that Riya would switch schools for seventh grade. I was worried about her adjusting to a new school, so I regularly called her to see how things were going. What I didn't realize at the time was that Dr. Goyal noticed me calling and appreciated the thoughtfulness. In the years since, he's mentioned how much this showing of empathy during a transitional time meant to him. Dr. Goyal is a thoughtful and observant parent who gets to know his children's friends and sees and values the kindness they receive from others.

Dr. Goyal is also someone who is quick to call out bad behavior. When Riya and I were in elementary school—Dr. Goyal heard his younger son Akash refer to me as "Riya's stupid friend." Dr. Goyal immediately told Akash not to speak to others that way and asked him to apologize.

Similarly, in middle school, Dr. Goyal co-coached Riya and my softball team. There was one game where I was especially frustrated and started playing with my hat rather than focusing. Dr. Goyal called out to me and told me to stop acting out and to focus on supporting the team.

These instances reinforce for me the values and standards that Dr. Goyal holds people to. He cares that people treat others with respect and contribute their community and he places a tremendous emphasis on kindness and empathy.

Best,
Nicole Pesce

A-027

November 9, 2021

Honarable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropass Street
White Plains, New York, 10601-4150

Dear Honorable Judge Seibel,

I am writing on the behalf of Ameet Goyal, a close friend who I grew up with and to this day respect as if he was my brother.

We first met as young kids as our families were close friends. Over the years we remained in close contact even though life took us in different directions and different parts of the country. Despite the different paths we continued to meet socially and also took time to celebrate our families many milestones and accomplishments over the years.

I have always known Ameet to be a kindhearted, caring, considerate and respectful person. He was always willing to lend a helping hand to many families in our local community and was well respected in the Indian community.

Throughout my life I have had the opportunity to work with many people. During this time, I have learned to value the strength and character of a person who makes a promise or agreement and sticks with it. I have seen Ameet embody this trait in the ways that he has treated others. Whenever he offered to help a person medically or personally, he honored that commitment. Even though he was often busy with family and his medical practice, he still made that time and effort to help those in need that he agreed to provide assistance.

It is my sincere hope the court takes this letter into consideration. I believe Ameet Goyal to be an honorable individual, a value member of the society/community, and good human being. He has so much more to give and should be offered the opportunity to continue his services to communities in need.

Sincerely,

Anil Jindal

A-028



October 26, 2021

The Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
  United States Courthouse
300 Quarropas Street
White Plains, NY  10601-4150

**Re: United States v. Ameet Goyal**

Dear Judge Seibel:

I have known Ameet Goyal for nearly 30 years, since we were neighbors in Rye with our eldest daughters one year apart. I was one of his tennis partners for many years and he was our family's eye doctor.

As someone who has spent the last three decades as a white collar defense lawyer at a large New York law firm and who was a federal prosecutor early in my career, I am fully aware of the importance of the evaluation you will be making of Ameet as a person before imposing sentence. The Ameet who pled guilty to various felonies is not the Ameet I have known.

Ameet has always been a warm and compassionate friend, through good times and bad. He is someone who is quick to smile and laugh, often telling a joke at his own expense. I have fond memories of how often the four of us who played tennis together would be nearly doubled over with laughter every Sunday morning.

Ameet is also genuinely empathetic and caring. He and his wife Alka enjoyed opening their home to friends for home cooked Indian meals, Super Bowl parties, school graduation parties, and other occasions. When I was separated and subsequently divorced from my wife, Ameet made sure to include me in events that were otherwise attended by married couples and twice hosted birthday parties for me. As a newly single person, I largely fell off the radar screens of many of my friends. Ameet was one of the few people who did his best to make sure that did not happen.

A story that I can share is one for which I am eternally grateful to Ameet.

A-029



As a neighbor and friend, I have watched Ameet's three children grow into very fine young adults – Riya, Shivani and Akash. Each time I have been in his presence, he has been a loving and supportive parent: proud not only of their many accomplishments but also of them as people. While parents can never take all the credit for who their children are and become, Ameet's unwavering commitment to his children is a testament to the type of person he has been for much of his life.

It is my sincere hope that as you decide what sentence to impose on Ameet, you will take into account not only his conduct in this case but the totality of his life and character.

Respectfully submitted,

Bruce E. Yannett