Dear Judge Seibel,

We have known Ameet Goyal for past 15 years. Our paths crossed when our wives met at a fencing tournament for our daughters, and we learned that we both lived in Westchester. We did not know this would be the beginning of a lifelong friendship. While our kids grew up together, so did our relationship. We met regularly and enjoyed dinners, family celebrations and knew we were always there for each other.

During these 15 plus years we have developed immense respect for Ameet. His commitment to his spouse, kids and parents was commendable. His family's wellbeing and kids' upbringing was of utmost importance to him. Ameet has always had values that promote family relationships, friendships and living life with purpose and honesty. He took utmost care of his father suffering from terminal cancer. At the end stage of his father's cancer, it took a lot of courage on Ameet's part to convince his family as a physician it was best to admit his father to a hospice where his father could die with dignity and respect. With apprehension and love Ameet did the right thing for his father. He showed though cure is not possible caring is always possible.

We saw Ameet's generosity to several causes and marveled at how he was so kind to all our friends' kids including my son. All our kids interned at his office and he generously and unselfishly devoted hours of training and mentorship to them. He took keen interest in their careers or tracks they were considering pursuing and guided them just as their own parent. My son came home and shared the amazing inspirational stories and leadership Ameet shared with him.

As a group we had regular card game nights, which were filled with laughter and goodwill among friends while we played games and shared jokes and were representative of our relationship with Ameet. His participation elevated the evenings due to his ability to instill a sense of camaraderie and cohesiveness in the group. Everyone agrees Ameet is the backbone of this supportive and loving group of friends.

As a physician I had the opportunity to see Ameet's selfless contribution to my geriatric patients. He was always ready to offer free guidance on their eye issues and would find ingenious solutions suitable for a population that is too frail for surgery, while balancing the need for vision with quality of life.

We all cherish Ameet's friendship, honesty, generosity, unselfish deeds, and contagious humor. There is a lot Ameet can continue to contribute to family, community, and patients. I hope I have been able to express what an exceptional person is, with devotion to community and friends and is deserving of leniency when considering his sentencing. Respectfully,

Devang Dave MD

Director Geriatric Division
Flushing Hospital, NY 11355
Professor of Medicine, American University of Caribbean
Associate Professor, SUNY Down State University, Brooklyn NY

And

Darshna Dave, MBA, CPHIMS

A-031

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

November 1, 2021

To The Honorable Judge Seibel:

I am writing this letter on behalf of Ameet Goyal.  My name is Enza Dattero. My
husband and I have known Ameet and his family for approximately 15 years. We met
through our daughters, who attended elementary school together. Although our daughters
are grown now, we have kept in touch and continued our friendship. We want to stand up
for Ameet and his family and provide you with some insight into the Ameet Goyal that
we know.

I can attest that Ameet was an excellent physician who diligently cared for me when I
████████████████████████████ Even more importantly, I know Ameet to be a good
friend █████████████████████████████████████. He is also a wonderful father to
three kind, bright, and conscientious children. He and Alka, his wife, have done a
excellent job of raising them, but a parent's work is never done. His children are special
young adults who look to their father for strength and guidance. Over the years, we have
been to the Goyals' home and met their extended families for special occasions. It is clear
that Ameet was raised by respectable parents, and he has passed this virtue on to his
children. Through our friendship, we have each shared our mutual challenges in raising
children in this complex world. I know that Ameet's parenting efforts have made a
positive impact on his children's lives. They all attended excellent universities and are
thriving in their work.

I hope that you will take all this into consideration as you make your decision about
Ameet's future. He is a family man, and his family needs him desperately. As his
children move forward through adulthood, they will likely face life's many difficulties.
They will need their father more than ever.

Respectfully,

Enza Dattero

A-032

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and Untied States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601-4150

Dear Judge Seibel,

Our names are Gerry and Kathy Friscia. We currently live in Stamford, CT since 2010.
Previously we lived in Rye, NY for 26 years.  We first met Ameet Goyal when he moved to Rye with his
Family.  He moved across the street from us. We have known Ameet and his family for 28 years. Our
Children went to school together.  From the moment the Goyal family moved in our neighborhood we
became very good friends. We have shared many of lives peaks and valleys. ███████████████████
███████████████████████████████████████████████████ Our families shared many
memorable moments together.  Ameet has always been an exemplary father and member of the Rye
community.  We have always admired this about Ameet.

Even though we have moved out of the Rye Community and through this very trying and difficult time
we have continued to maintain our friendship. Ameet has continued to be a true and loyal friend to our
family.  He is a very spiritual person with a compassionate heart.   He truly loves his family and
community.

In closing we just like to reiterate that Ameet is a trustworthy friend, he treats his family and friends
with respect, is a responsible father and citizen and most of all a caring individual.

Respectfully,

Gerry and Kathy Friscia

A-033

Michael Lyons



November 2, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE: Ameet Goyal

Dear Judge Seibel:

My family and I have known Ameet Goyal and his family since our two sons, now 28 years old, were both in grammar school. We spent time together at the kids sporting events, and later as members of the Coveleigh Club in Rye, NY.

At Coveleigh, Ameet and I were tennis partners in a weekly game every Sunday morning at 8:00am. I can't vouch for his tennis game, but I can say that as long as I have known him I only knew a kind, affable and generous person. He was very interested and respectful of others and always willing to help.

Ameet was tremendously proud of his family, and he and Alka should be commended for raising very smart, well-adjusted and accomplished young adults. I never thought I would have to write a letter like this on Ameet's behalf, and I hope it adds a positive perspective of Ameet, the person and family man I have known for over 20 years.

Sincerely,

Michael Lyons

A-034

**Jason Contreras**



3rd November 2020

**Honorable Cathy Seibel,**
The Hon. Charles L. Brieant
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Seibel,

My name is Jason Contreras. I have known Ameet Goyal since 2014 and he quickly became a father figure to me. Shortly after graduating college, I started my personal training career at the Rye YMCA where Ameet was my first client—our personalities immediately connected. Throughout our training sessions he would ask me about my life—my family, my dreams, and my goals. He would always leave me with wise words of wisdom and make me think about the direction my life was headed.

After a few sessions passed he asked me if I would like to grab lunch with him. I joked about my student debt and said, "only if you're buying!" We laughed and walked to the deli in town. As we ate, he looked at me and asked, "Jason what is your long-term goal?" Confused by the question, I asked what he meant. He smiled and said, "You're a hard-working young man, currently working 60+ hours a week. What do you plan on doing when you're 40 with a family? You need to look for a career, my friend." I looked at him silently for a bit, then said, "I don't know... I truly never thought that far into the future." Ameet smiled and said, "You're an amazing guy, Jason! I have a few friends in the medical sales industry and I would be pleased to introduce you to them. Maybe they can help you decide on the best career path!"

Today I am currently working as a Sales Manager for an international medical company. I know that had it not been for Ameet Goyal, I would not be the man I am today. I have him to thank for my current career and success. Thank you Judge, I appreciate you taking the time to read my letter.

Jason Contreras

A-035

October 26th, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY. 10601-4150

Dear Judge Seibel,

I was privileged to first meet Dr. Ameet Goyal about 15 years ago when he invited me to lead a meditation group in his home. For several years I met with Ameet and a number of his friends and neighbors in this capacity. Watching Dr. Goyal interact with everyone, it was easy to see that he is a kind, generous, dedicated man of high character who cares deeply for everyone else around him.

It was a long journey from my home in eastern Connecticut to theirs in Rye so he graciously offered me a room in their home so I would not have to travel back so late at night. This gave me a chance to visit with him and his family personally after classes. His children, like their father, are exceptionally bright, well rounded, caring individuals. I always had the feeling there was a bright light in the center of this home. People who raise such a family are special and rare.

The irony is that I came to teach and inspire this group but most often it was I who left for home the next day inspired by them. Dr. Goyal is a man dedicated to being the best he can be for his patients, neighbors and his family.

This is a very, very good man.

Yours sincerely,

Rick Pezzullo

**A-036**

October 30, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

RE:  Ameet Goyal

Dear Judge Seibel:

I have known Ameet Goyal for 25 years.  Although I do not understand what happened in this case, I offer this letter in hopes of the Court to show leniency to him in his sentencing.

I wish to share a simple antidote of Ameet's character in caring for me and my family. █

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████████████████████████████████████

Ameet did not have to do any of this, nor was he asked to do this.  ████████████████
████████████████████████████.  Yet, Ameet went well above and beyond to help ease the anxiety of my family.  This antidote shows the true character of Ameet in caring for others well above the norm.

I hope your honor can show the same compassion that Ameet showed to me and my family.

Truly Yours,

Michael O. Bunsis

Peter J. Acker MD

November 2, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Seibel,

I am writing on behalf of Dr. Ameet Goyal in my capacity as a long standing friend and colleague of more than 20 years. I am a practicing pediatrician and first met Dr. Goyal when he came to United Hospital in Port Chester to deliver a lecture to my department. I was immediately impressed with his erudition and warm personality. Over the years I have had many occasions to refer patients to him. He was always responsive and delivered excellent care no matter what time of day or night and was always generous with his time. I also trusted to him to do complicated surgery on my wife and he went above and beyond in his post op and follow-up care. I hope someday he will be able to return to practice. The community would greatly benefit from his extraordinary skills.

Sincerely,

Peter J. Acker MD

November 3, 2021

The Honorable Cathy Seibel
The Honorable Charles L. Brieant, Jr.
  Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York  10601-4150

Dear Judge Seibel:

     I have had the distinct pleasure of knowing Ameet Goyal, and his family, for over ten years. He has been my friend, my physician, and fellow committee member (we have served on various committees for the Medical Society).

     I find Ameet to be kind, compassionate and caring.  He adores his wife and children, and is a good friend to all.

     He is one of those rare individuals that you call anytime – day or night – and he will be there for you.  He truly is loyal and steadfast.

     If I may be of any further assistance, by all means let me know.

Most sincerely,

Mary Ellen Bertrand

To: Honorable Cathy Seibel

The Hon. Charles L. Brieant Jr.

Federal Building and United States Courthouse

300 Quarropas St.

White Plains, NY 10601-4150


Dear Judge Seibel:

I have known Ameet Goyal for over a decade. Our children went to similar schools and I am a physician and our families have travelled together over the years. Many holidays we have spent at our homes together celebrating and getting to know each other.  Watching the Goyal kids flourish throughout their high school and college careers has been special.  Riya his daughter has become a young radiologist and I have had the honor of mentoring her and watching her polite and dedicated clinical acumen grow each year. Her kind manner, and love of learning comes from the important values instilled from her parents Ameet is a wonderful husband, father, care giver, a sincere friend, and a good soul willing to help anyone in need.


The Medical Advice I have received over the years when I call him about a patient's vision or cosmetic issue has always been stellar.   I will never forget how well he treated my brother in law who needed eye surgery. Ameet was so compassionate and caring about every detail.  He called numerous times to make sure he was feeling well and made sure to follow up and go out of his way to make sure he had all the necessary medicines needed for a successful outcome.


I cherish his fun-loving personality, intellect and true friendship.  I hope you take theses many positive character traits into consideration when deciding his sentence

Thank you
Allan L. Brook, MD

## JAMES A. BRUNETTI, D.O.
### COMPREHENSIVE CONCIERGE MEDICINE
49 Lake Avenue, Suite 206 * Greenwich, CT 06830
Phone: (203) 900-1090 * Fax: (203) 900-1092

September 27, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Seibel:

I have had the opportunity to work beside Ameet Goyal for the past 20 years. He is also a patient I have known for many years. I find him to be an extremely kind, warm hearted individual who always made time for patients. He never says no to a consult, is extremely accommodating to both physicians and patients, and patients felt very comfortable in his care.

He has worked long hours and is always present. Many late hours one can see him in the ER performing a procedure of taking a patient for emergent surgery. He is extremely kind to his patience and reassuring. He volunteered many hours during Covid-19 to help many patients who needed assistance.

Ameet is always there for his family and has extremely kind children who are academically brilliant.  His wife has had many medical issues and scares.  He has always been by her side and has been a real pillar in her complicated medical history. Many times, he has driven her to the hospital which has prevented her from getting more extensive heart ischemic disease and brittle asthma.

I'm asking you to take Dr. Ameet Goyal's compassion, dedication and love of family into consideration. He's a very loyal and loving father, husband, and friend.

I thank you for taking time to read this letter on Ameet Goyal's behalf.

Sincerely,

James A. Brunetti, D.O.

## JAMES A. BRUNETTI, D.O.
### COMPREHENSIVE CONCIERGE MEDICINE
49 Lake Avenue, Suite 206 * Greenwich, CT 06830
Phone: (203) 900-1090 * Fax: (203) 900-1092

September 27, 2021

RE:  Ameet Goyal - ██████████ )

To Whom It May Concern:

Any further questions please feel free to call.

Sincerely,

James A. Brunetti, D.O.

**IRA C. DAVIS, M.D., P.L.L.C.**

DIPLOMATE, AMERICAN BOARD OF DERMATOLOGY
FELLOW, AMERICAN ACADEMY OF DERMATOLOGY
FELLOW, AMERICAN SOCIETY OF DERMATOLOGIC SURGERY
FELLOW, AMERICAN COLLEGE OF MOHS MICROGRAPHIC SURGERY
& CUTANEOUS ONCOLOGY



*MOHS MICROGRAPHIC SURGERY*
*DERMATOLOGIC SURGERY*
*LASER SURGERY*

November 1, 2020

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Dear Judge Seibel:

I am writing on behalf of Dr. Ameet Goyal. I have known Ameet for at least 15 years.
My practice is predominantly Mohs and excisional surgery for skin cancer. I have
collaborated with Dr. Goyal involving eyelid cancers. In his capacity as an oculoplastics
surgeon, he has reconstructed many eyelid and periorbital cancers that I have removed
with Mohs surgery.
He was always forthcoming and interested in those patients. To my knowledge, those
patients were pleased with his treatment. Coincidently, I saw a patient today for a skin
cancer in another area. We reviewed her previous surgeries including an eyelid cancer in
which Dr. Goyal reconstructed the defect. She was pleased with the result and mentioned
his kindness toward her.
In conclusion, my experience with Dr. Goyal in regard to our overlapping patients was
of a kind, compassionate and caring physician.

Sincerely yours,

Ira Davis, M.D.

*WESTCHESTER*
280 NORTH CENTRAL PARK AVENUE, SUITE 114
HARTSDALE, NEW YORK 10530
TEL: (914) 288-0500 • FAX: (914) 288-0260

*STATEN ISLAND*
2627 HYLAN BOULEVARD, BUILDING C, UPPER LEVEL
STATEN ISLAND, NEW YORK 10306
TEL: (718) 477-4022 • FAX: (718) 980-0896

**A-043**

**November 03, 2021**

**Honorable Cathy Seibel**
**The Hon. Charles L. Brieant Jr.**
**Federal Building and United States Courthouse**
**300 Quarropas St.**
**White Plains, NY 10601-4150**

Dear Honorable Cathy Seibel,

  Ameet Goyal is been an true mentor for many years.  I could always rely him for good advice on patient care and life in general.  He is a caring man who took the extra step to care for the people around him.

  When I was a young doctor he sent me a entire library of books concerning the eyes which I still use to this day.   We also had fun talking about old Indian movies and our favorite foods.

  Life has its twists and turn but I think that goodness is probably in the heart and not so in the head.  I believe Ameet is a good man.  I do wish the best for him.

Sincerely yours,

Sumati B Deutscher,

Charles B. Fierro M.D.

October 24, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building & United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Dear Judge Seibel,

      I have known Dr. Ameet Goyal over the period of the past twenty-six years. The first ten years of my personal knowledge and work experience with Dr. Goyal commenced at the United Hospital Medical Center in Port Chester, NY; where I served as Chief of the Department of Anesthesiology. I later worked with Dr. Goyal for a period of ten years while I served as an anesthesiologist at Westchester Ambulatory Surgery Medical Center in White Plains, NY. I most recently worked with Dr. Goyal over the span of six years at his private office in Rye, NY. I personally witnessed throughout this twenty-six year period how Dr. Goyal has always demonstrated the utmost quality of professionalism and competence- in both the care of his patients as well as his knowledge and dexterity in practicing his specialty.

      Dr. Ameet Goyal has not only been a venerable and reputable colleague of mine, but also a willingly compassionate and considerate teacher to his students, residents, and fellow colleagues alike in regard to techniques and mastery of his specialty. Ameet is not only a colleague to me, but also a personal close friend. My friend, Dr. Ameet Goyal, has incessantly demonstrated the highest echelon of integrity as well as displayed peak moral and ethical judgment when providing medical care of my family and patients- regardless of their ability to afford his private services. Compassion and community service are unequivocally natural pillars and primary components of Dr. Goyal's character. I have personally witnessed throughout my extensive work and personal experiences with Dr. Goyal how he has consistently demonstrated the aforementioned upstanding character, integrity, & fitness throughout the entirety of his years of practice.

      The past twenty-six years my family and I have been blessed not only through Dr. Goyal's ophthalmological care, but even more so via the friendship, kindness, and love that he spreads. I genuinely believe Dr. Goyal loves and treats others, including my family, as equally as he does towards his own family as such a loving upstanding husband and father.

      I can especially recall a handful of similar interactions I shared with Dr. Ameet Goyal where each account further illustrates his exemplary character laden with integrity, compassion,

ethics, and morality among countless similar virtuous traits. I remember innumerable occasions in which I was contacted to come into United Hospital for emergency cases, often late at night on weekends, sadly knowing that Dr. Ameet Goyal would not be reimbursed financially for his time, services, and inherent risks to quickly making it to the hospital and performing the actual medical procedure. I was amazed and my heart was always warmed when Dr. Goyal would insist to me that he was only thinking and caring about the patients' needs and well-being.

Dr. Ameet Goyal is an immensely caring, doting, compassionate, ethical, moral, virtuous, and professional man, doctor, teacher, mentor, community member, father, and husband. I genuinely hope and respectfully request the court and the Honorable Judges to utilize the same degree of care and compassion in their consideration of my letter, as Dr. Goyal undoubtedly exercised with each and every member of the community in need of medical treatment throughout his practice.

Sincerely,

Dr. Charles B. Fierro



## Alexis Finlay M.D.

November 14, 2021

To Whom it May Concern;

I am writing this letter to attest to the extraordinarily good character of Ameet Goyal MD who I have known for over 30 years. When I practiced general Ophthalmology in Greenwich Ct, I would frequently refer oculoplastic cases to Dr. Goyal. Often the cases were difficult and he always achieved a good result. Moreover, the patients were always happy with his care and concern and sang his praises on return to my care.

There was a particular case which I think exemplified Dr Goyal's professionalism and humanity. A friend of mine had a girlfriend who was visiting him for an extended period of time. He brought her to my office because she noticed a growth on her eyelid. I suspected Basal Cell cancer and obtained a biopsy which confirmed it. Unfortunately, the cancer looked like it involved an extensive portion of the eyelid and would need resection surgery urgently to control its spread. She had no medical insurance and was unwilling to have surgery even though it was medically necessary. I contacted Dr. Goyal and explained the situation. He saw her immediately and volunteered to do the surgery at a very minimal cost which she could afford. She had an excellent result and was very grateful that I had referred her to Dr Goyal. He really saved her eye for minimal financial compensation. He is the type of doctor of whom the medical community should be proud.

Sincerely.

Alexis Finlay M.D.

Lawrence K. Fox, MD

███████████████████████
███████████████

October 23, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Ameet Goyal, MD

Dear Judge Seibel,
I am a general ophthalmologist who has practiced in Poughkeepsie, N.Y. for the past 34 years and I am aware of the charges that Dr. Ameet Goyal is facing. I am writing this letter to offer a more complete picture of who Ameet Goyal is as a person. I have known Ameet for over two decades, both in a professional and personal capacity.

Professionally, I have referred to Dr. Goyal well over two hundred patients over twenty-plus years for complex oculoplastic or orbital disease and he has always made himself readily available to those patients, regardless of insurance coverage or their ability to pay. He was someone I could count on to help my patients who were in need of his specialized services.

Personally, my friendship with Ameet and his wife, Alka, have allowed me to witness his devotion to his wife, family, and friends. Ameet and Alka always place family first and have always been very involved in the lives of their three (now adult) children, Riya, Akash, and Shivani. Love, education, and humility have been stressed throughout their development. Riya is now a physician in a radiology residency program, Akash has a BA in Economics and MS in Computer Science, and Shivani is pursuing a PhD in Clinical Science. All three have wonderful, well-rounded personalities and value the importance of family. Ameet maintains long-term friendships with dozens of people whom I have met at parties and social gatherings and all speak very highly of their fond relationship with Ameet. He has been a valued friend to me over the years and I have been most appreciative of his kindness, thoughtfulness, generosity and companionship.

In summary, I am hopeful that this letter will help provide a glimpse of Ameet's many positive qualities for your consideration.

Sincerely,

Lawrence K. Fox, MD

Arun Goyal, MD

██████████

November 2, 2021

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Seibel,

I am writing this letter on behalf of Dr. Ameet Goyal. I have known Ameet for past 20 years as a friend and a colleague.

One of the things that I admire about Ameet is his family values. His father was a pediatrician and he and his wife Alka have raised three wonderful children. His children are very smart, highly educated and very respectful. His daughter Riya is a doctor and is doing residency in Radiology. I did attend a function over 10 years ago in Rye when Ameet was awarded Father of the Year by his children.

Ameet is a great doctor. He has helped my wife with her eye condition. He has also helped my daughter Anita as she is pursuing a career in ophthalmology.

I have exceedingly high regards for him as a father, a doctor, and a friend.

Sincerely,

Arun Goyal, MD

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150


Dear Judge Seibel,


I am writing this letter on behalf of Dr. Ameet Goyal. I know Ameet for last 20 years as a doctor, colleague, and a friend. I am a physician (Internist) myself and I have a bad retinal disease. I saw Ameet for a second opinion for this condition. Ameet saved my eyes from an unnecessary surgery. I am so thankful for his evaluation. He went above and beyond to help me with my eye condition.


I have a few common patients who have seen Ameet for Ophthalmology evaluation and all of them have a very positive things to say about him.


Ameet is a great Doctor and a very kind and generous person. He has done so many charities work and services for the community.


I work in an urgent care setting, and he has never refused to see any of our patients even if it's on a weekend or if they have no insurance.


Ameet has a strong character. He is very humble and helpful. My whole family sees him as a doctor. He always goes above and beyond to help his patients.
He has no hesitation to provide free telephone consultations to patients and he does improve their quality of life.


We have high regards for him.

Sincerely,

Shikha Goyal

10/22/21

Honorable Cathy Seibel
The Hon. Charles L Brieant Jr. Federal Building and US Courthouse
300 Quarropas St
White Plains, NY 10601-4150

Dear Judge Seibel

My name is Scott Graham. I am an anesthesiologist. I have known and worked with Dr. Goyal from roughly 2012 to 2018. Over the years, I have gotten to know Ameet well. I have worked worked with him both in his office in Rye, NY and at the Helmsley Ambulatory Center in Greenwich, CT. While I haven't spent a lot of time with Ameet outside of the OR, I have gotten to know him as a loving husband and father, an excellent surgeon and a doctor who cares deeply for his patients.

I have witnessed first hand the gratitude that Dr. Goyal's patients have for his work and bedside manner. From my first day working in his office, I could see the respect his staff has for him as well as an appreciation for his sense of humor and approachability.

In short, I cannot recall a moment in all my hours spent with Dr. Goyal when I witnessed anything, but the most professional manner. I am glad to have worked with and gotten to know Ameet. I am grateful for his friendship and am proud to call him a friend.

Sincerely,

Scott Graham MD

A-051