

570 Lexington Avenue, Suite 3500
New York, NY 10022

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mfsllp.com

February 28, 2022

**BY E-MAIL/ECF**
Honorable Cathy Seibel, U.S.D.J.
Charles L. Brieant United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
c/o Walter P. Clark III
Walter_Clark@nysd.uscourts.gov

    Re:    *United States v. Goyal*, S1 19-cr-844 (CS)

Dear Judge Seibel:

    The attached additional letters are respectfully submitted for the Court's consideration in the upcoming sentencing of Ameet Goyal on March 3, 2022.

                                             Respectfully submitted,

                                             /s/ Marc L. Mukasey
                                             Marc L. Mukasey
                                             Torrey K. Young
                                             Stephanie Guaba

cc:    AUSA Vlad Vainberg
        AUSA David Felton
        AUSA Margery Feinzig

# LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

February 22, 2022

Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:  **United States v. Ameet Goyal**
     **19 Cr. 844 (CS)**

Dear Judge Seibel:

I am writing to bring to Your Honor's attention information that I hope assists you in determining an appropriate sentence for Dr. Ameet Goyal.

I represented Dr. Goyal from the day his offices were searched in March, 2017 up until November, 2019.



I am keenly aware that Dr. Goyal has admitted guilt to federal crimes. Nevertheless, I have no hesitation in telling Your Honor that I think he is talented, devoted doctor and a wonderful man. I earnestly believe that his offense conduct here does not reflect the core of who Ameet Goyal is.

Thank you for Your Honor's consideration of this letter as well as what I must assume will be many other examples of good acts and kindness that will be brought to the Court's attention.

Respectfully requested,

Kerry A. Lawrence

<u>Natasha Bhandari</u> 

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St
White Plains, NY 10601-4150

Dear Judge Seibel,
My name is Natasha Bhandari and we have been friends with Ameet Goyal for several years. Ameet is an outstanding member of the community. He is friendly, compassionate and dedicated . He has always been a very good friend and I have appreciated his friendship and kindness. I have always known him to be a very dutiful and caring son, a doting father and very attentive husband. We have enjoyed many social interactions with Ameet and his family and have always enjoyed his pleasant, intelligent and thoughtful nature.
I wish him the very best during these trying times.
Sincerely,
Natasha Bhandari

February 13, 2022

Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and US Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Dear Judge Seibel:

We are writing on behalf of Dr. Ameet Goyal.  My husband and I have known Ameet and Alka for a dozen years.  We met socially and our family came under Ameet's care many times. Let me begin with our family interactions.

Over the years, we have had the opportunity to interact with Ameet, his family, and with their friends.  Ameet was always a generous host, surrounded by fun, interesting and accomplished friends from a diverse set of backgrounds.  When you were with Ameet, he was always present and connected, with a story or anecdote that would resonate with the group. Theirs was a warm and generous household.  No airs, no attitude, but down to earth people who loved to discuss families and where our children were and of course, politics. Over the years, we met Ameet's parents and Alka's family, and enjoyed numerous celebrations together. Invariably, Ameet would speak and always expressed gratitude for his family and education, and for those who surrounded him.  We know Ameet as a very grounded and gracious person.

Professionally, I saw Ameet many times for various conditions.  On each and every visit, I was struck by the number of thank you notes to him, from patients old and young.  There was no surface in the multiple treatment rooms not covered by personal notes of gratitude for his care. In my own experience, I received excellent care and was fully briefed on my condition, the treatment and what to expect.  Ameet was an excellent doctor and helped me with multiple conditions.  I have had nothing but positive experiences under his care.


Sincerely,


Lisa Ricciardi & Ravi Sundaram

Dated 25th of February 2022

To Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Dear Judge Seibel,

I would like to introduce myself as Sanjana Devjani, a graduate student at the Institute of Human Nutrition at Columbia University.

I respect that Dr. Ameet Goyal has been found guilty of perpetrating a healthcare fraud scheme. I am writing this letter to provide a character reference and offer insight on Dr. Goyal's true character.

I have known Dr. Goyal for four years and first met him when I began observing his practice as a student interested in pursuing a profession in healthcare. He was not only a mentor to me, but a true friend determined to help me pursue my ultimate dream of becoming a physician. He always treated me like a professional and the time I spent in his office continues to be my favorite clinical experience, as I was able to see the close-knit relations he had with each and every one of his patients, as well as his staff. Each time he walked in to see a patient, he brought with him an energy that would make a patient of any age smile. From the first day I began at his office, he made sure I felt comfortable, introducing me to his staff so I could feel like a part of the family, and even asking another student to take me out to his favorite lunch spot in town. Each memory I have of Dr. Goyal is a good one; he treated me like his own daughter and did everything in his power to share his knowledge and show me how truly rewarding a profession in healthcare could be. I remember one instance where I had forgotten to eat breakfast before observing his surgeries and he politely sent me out, as he noticed I was about to faint, and asked another student to join me. After the surgery, he came out and explained to me that it was completely normal to feel faint while observing surgery for the first time and checked on me multiple times throughout the day.

Dr. Ameet Goyal's passion for his work continues to inspire me to this day and is one of the main reasons I continue to push through the many hurdles that pursuing this profession can bring. He is a true asset to the community, his patients, and anyone who has had the privilege of working with him. If this physician is not able to practice in some capacity, it would be a huge loss to the field of ophthalmology. As evidenced by how he has helped me and others, he is a very generous man. My humble request is for the court to have leniency when ruling his case.

Thank you for your time.

Sincerely,
Sanjana Devjani