UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>    v.<br><br>Ameet Goyal,<br>                                *Defendant.* | **19 Cr. 844 (CS)** |
| Ameet Goyal,<br>                                *Petitioner*<br><br>    v.<br><br>United States of America,<br>                                *Respondent.* | **23 Civ. 1516 (CS)** |

**Order re: Attorney-Client Privilege Waiver (Informed Consent)**

WHEREAS Ameet Goyal ("Petitioner") has moved for relief from his conviction pursuant to 28 U.S.C. §2255 on the ground of ineffective assistance of counsel (the "2255 Petition"); and

WHEREAS Petitioner has not submitted a signed affidavit setting for the factual basis for the 2255 Petition; and

WHEREAS the Government, after reviewing the 2255 Petition, has concluded that the information from Petitioner's former counsel, Marc Mukasey, Esq. and Torrey Young, Esq. of Mukasey Frenchman LLP, and Kerry Lawrence, Esq. of the Law Office of Kerry Lawrence, PLLC ("Counsel"), is needed in order to allow the Government to respond to the motion, and that an affidavit from Counsel is necessary for the Government to properly respond to the 2255 Petition; and

WHEREAS by making the motion, the movant has waived the attorney-client privilege as a matter of law; and

WHEREAS the Court is cognizant that, absent court order or informed consent, ethical concerns may inhibit Counsel from disclosing confidential information relating to a prior client even in the absence of a privilege, *see, e.g.*, ABA Standing Comm. on Ethics and Prof. Responsibility Formal Op. 10-456 (July 14, 2010), *Disclosure of Information to Prosecutor When Lawyer's Former Client Brings Ineffective Assistance of Counsel Claim*,

IT IS HEREBY ORDERED that Counsel shall give sworn testimony, in the form of an affidavit, addressing the allegations of ineffective assistance of counsel made by movant; and

IT IS HEREBY ORDERED that Ameet Goyal execute and return to this court within ~~60~~ 45 days from today's date — that is, by May 4, 2023 — the accompanying "Attorney-Client Privilege Waiver (Informed Consent)" form. If the document is not received by the court within ~~60~~ 45 days from today's date, the court will deny the §2255 motion, on the ground that the movant failed to authorize the disclosure of information needed to permit the Government to respond to the motion; and

IT IS HEREBY ORDERED that Ameet Goyal shall file within ~~60~~ 45 days from today's date an ink-signed, sworn affidavit setting forth the factual basis for the allegations in the 2255 Petition; and it is further

ORDERED that the Clerk shall send a copy of this Order and its attachment to Petitioner, along with a return envelope, and the Government shall send a copy of this Order to Counsel.

Dated: ~~New York~~ White Plains, New York
March 20, 2023

ORDERED that Counsel shall provide their affidavits within 30 days of the receipt of Petitioner's affidavit and waiver; that the Government's opposition to the Petition shall be due 60 days from the receipt of Petitioner's affidavit and waiver; and that Plaintiff may reply within 30 days of the filing of the Government's opposition; and IT IS FURTHER


_____
HON. CATHY SEIBEL
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Ameet Goyal,<br>　　　　　　　　*Defendant.* | 19 Cr. 844 (CS) |
| Ameet Goyal,<br>　　　　　　　　*Petitioner*<br><br>v.<br><br>United States of America,<br>　　　　　　　　*Respondent.* | 23 Civ. 1516 (CS) |

**Attorney-Client Privilege Waiver (Informed Consent)**

To: Ameet Goyal

You have made a motion under Section 2255 of Title 28, United States Code, to have your conviction set aside on the ground that you received ineffective assistance from your former lawyers, which included Kerry Lawrence Esq., Marc Mukasey, Esq. and Torrey Young, Esq. (collectively referred to in this form as "your former attorneys"). The court has reviewed your papers and determined that it needs to have a sworn testimonial statement from your former attorneys in order to evaluate your motion.

By making this motion, you have waived the attorney-client privilege you had with your former attorneys to the extent relevant to determining your claim. This means that if you wish to press your claim of ineffective assistance, you cannot keep the communications between yourself and your former attorneys a secret—you must allow them to be disclosed to the Government and to the Court pursuant to court order. The court has already issued an Order (copy attached) ordering your former attorneys to give such testimony, in the form of an affidavit. This Informed Consent form is designed to ensure that you fully understand and agree to this.

Specifically, if you wish to proceed with your motion to set aside your conviction on the basis that you received ineffective assistance of counsel, you must sign this statement and return it to the court in the attached envelope (keeping a copy for your records). The form constitutes your authorization to your former attorneys to disclose confidential communications (1) only in response to a court order and (2) only to the extent necessary to shed light on the allegations of ineffective assistance of counsel that are raised by your motion.

You should know that if you sign this authorization, you run the risk that your former attorneys will contradict your statements about his or her representation of you. However, you should also know that the court will deny your motion if you do not authorize your former attorneys to give an affidavit in response to the Court's attached Order.

You must return this form, signed by you and notarized, within 60 days from the date of the Court's Order directing your former lawyers to give testimony. If the Court does not receive this form, signed by you and notarized, within that time, the court will automatically deny your motion.

As further stated in the Court's Order, within 60 days from the date of the Court's Order, you must also file an ink-signed, sworn affidavit setting forth the factual basis for the allegations in your petition.

NOTARIZED AUTHORIZATION

I have read the Court's Order dated _____ and this document headed Attorney-Client Privilege Waiver (Informed Consent). I hereby authorize my former attorneys, Kerry Lawrence Esq., Marc Mukasey, Esq. and Torrey Young, Esq., to comply with the Court's Order by giving testimony, in the form ordered by the court, relating to my motion to set aside my conviction on the ground of ineffective assistance of counsel. This authorization allows my former attorneys to testify only pursuant to court order, and only to the extent necessary to shed light on the allegations of ineffective assistance of counsel that are raised by my motion.

Dated: _____

_____

Sworn to before me this \_\_\_\_\_ day of _____, 20\_\_\_

_____
Notary Public