UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

United States of America,                                                                    No. 19-CR-844 (CS)

~~7:19-CV-844 (CS)~~

v.

                                                                                                              ORDER

Ameet Goyal,
                                        Defendant.
----------------------------------------------------------------X
CATHY SEIBEL, United States District Judge:

      On July 25, 2023, the Finance Department issued a deficiency notice on the ECF docket stating: "Incorrect Payment Type received by the Finance Department on 07/25/2023, Payment will be held by the Finance Office pending further order of the Court." Defendant was attempting to pay the filing fee for his appeal, but a personal check is not an acceptable form of payment for that purpose.

      The filing fee may be paid in person by credit card or cash at the Courthouse at 500 Pearl Street, New York, New York, or by credit card at the Courthouse at 300 Quarropas Street, White Plains, New York. Otherwise, the fee must be paid by certified check or money order, payable to "Clerk of Court – SDNY," and mailed to: Cashiers Unit – Room 260, 500 Pearl Street, New York, NY 10007. Any certified check or money order must include Defendant's case number, 19-CR-844 (CS).

## CONCLUSION

      The Clerk of Court is directed to return the Defendant his personal check for $505.00. If Defendant wishes to pursue his appeal, he must submit the fee using one of the acceptable forms of payment described above.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States,* 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue.

**SO ORDERED.**

Dated: July 26, 2023
       White Plains, New York

_____
CATHY SEIBEL
United States District Judge